IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00414-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR NOLASCO-AGUILAR,

    Defendant.

## ORDER TO DISMISS COUNTS OF THE INDICTMENT

Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

ORDERED that all the counts in the Indictment are dismissed as to the Defendant.

DATED this 1st day of October, 2008.

BY THE COURT:

_____
JUDGE WALKER D. MILLER
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO